IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv1174-MHT |
| | ) | (WO) |
| DR. JOHN PEASANT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a former state prisoner, filed this lawsuit alleging that, while confined at the Ventress Correctional Facility, defendants failed to provide adequate medical treatment for a mass in his left kidney. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of May, 2017.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**